UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

STEVEN NGO, et al.,

  Plaintiffs,

  v.

CASONDRA TSHIMANGA,

  Defendant.

_____/

No. C 14-0754 PJH

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION; ORDER REMANDING CASE**

  The court has reviewed Magistrate Judge Beeler's report and recommendation re remand. Defendant filed no objections to the report within the time allowed under 28 U.S.C. § 636(b)(1). The court finds the report correct, well-reasoned and thorough, and adopts it in every respect. Accordingly, it is hereby ORDERED that this case be REMANDED to the Superior Court of California, County of Alameda.

**IT IS SO ORDERED.**

Dated: April 3, 2014

_____
PHYLLIS J. HAMILTON
United States District Judge